

U.S. Department of Justice

United States Attorney's Office
District of Delaware

*The Nemours Building*　　　　　　　　　　(302) 573-6277
*1007 Orange Street, Suite 700*　　　　　　FAX (302) 573-6431
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

August 18, 2005

Ms. Anita Bolton
Courtroom Deputy
Office of the Clerk, U.S. District Court
844 King Street
Wilmington, DE 19801

    RE:  **Internal Revenue Service v. Donald Gaster, et al.**
            Civil Action No. 91-62-JJF

Dear Ms. Bolton:

    Thank you for your August 12, 2005, letter. I have spoken with my co-counsel in the above-captioned case, Charles Keen, and he has indicated that it would be fine for the Clerk's Office to discard the exhibits.

    Thank you for your time and attention to this matter. If you have any questions, please feel free to contact me.

                              Very truly yours,

                              RICHARD G. ANDREWS
                              Acting United States Attorney

              BY: _____
                              Ellen W. Slights
                              Assistant United States Attorney

EWS:kbg